**Daniel HARPER, Plaintiff–Appellant,**

v.

**NELSON, Correctional Officer, Defendant–Appellee.**

**No. 10–15083.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 16, 2010.*

Filed Nov. 22, 2010.

Daniel Harper, Coalinga, CA, pro se.

Bill Brodbeck, Office of the California Attorney General, Sacramento, CA, for Defendant–Appellee.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: TASHIMA, BERZON, and CLIFTON, Circuit Judges.

## MEMORANDUM **

California state prisoner Daniel Harper appeals pro se from the district court's judgment dismissing without prejudice his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir.2003). We affirm.

The district court properly dismissed Harper's action because he did not complete the prison grievance process as to any relevant grievance before filing suit in federal court. *See Griffin v. Arpaio*, 557 F.3d 1117, 1120 (9th Cir.2009) (affirming dismissal for failure to exhaust prison remedies where inmate's grievance failed to "alert[ ] the prison to the nature of the wrong for which redress [was] sought"); *McKinney v. Carey*, 311 F.3d 1198, 1199 (9th Cir.2002) (per curiam) (exhaustion under § 1997e(a) must occur prior to commencement of the action). Further, Harper failed to show that additional remedies were unavailable to him.

Harper's remaining contentions are unpersuasive.

Harper's pending motions are denied.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).